UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 12 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

BRITTANY K. MACDONALD,

Plaintiff - Appellant,

v.

OREGON HEALTH AND SCIENCE UNIVERSITY, A Public Corporation and Governmental Entity; et al.,

Defendants - Appellees.

No. 24-4852

D.C. No.
3:22-cv-01942-IM
District of Oregon,
Portland

ORDER

Judge Hawkins and Judge Matsumoto voted to deny the petition for panel rehearing. Judge Tung voted to grant the petition for panel rehearing. Judge Tung voted to grant the petition for rehearing en banc. Judge Hawkins and Judge Matsumoto recommended denying the petition for rehearing en banc.

The full court has been advised of the petition for rehearing en banc. No judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 40.

The petition for panel rehearing and the petition for rehearing en banc (Dkt. No. 50) are **DENIED**.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT